# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jennipher Ann Houser<br>Marshall Dean Houser**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00510-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ben Blackburn<br>City of Cherryville<br>Anthony Green<br>Cherryville City Counsel<br>Cam Jenks**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2018 Order.

May 8, 2018

_____
Frank G. Johns, Clerk
United States District Court